No. 6302.—POL SERRANO, et al., apltes., *v.* SUAU BALLESTER, ETC., apldo.—C. D. Aguadilla. ▬▬▬▬▬▬▬ Mayo 2, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

No habiendo vencido la prórroga dentro de la cual puede presentarse aún el legajo de la sentencia, no ha lugar a desestimar esta apelación por frívola, como solicita la parte apelada.